# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 12-cv-01070-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** March 22, 2013 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| FIRSTGROUP AMERICA, INC., a Delaware corporation, and<br>FIRST TRANSIT, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF COLORADO SPRINGS, a Colorado municipal corporation and home rule city,<br><br>          Defendant. | Danielle L. Kitson<br><br><br><br><br><br><br><br>John William Madden, III<br>Shane Matthew White |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:07 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called on First Transit's Motion to Compel Under Fed. R. Civ. P. 37 [Doc. No. 38, filed February 4, 2013] and Defendant's Motion to Appoint Special Discovery Master [Doc. No. 45, filed February 25, 2013].

Oral argument by Plaintiffs' counsel.
Oral argument by Defendant's counsel.

It is **ORDERED**:     Defendant's Motion to Appoint Special Discovery Master [45] is **WITHDRAWN** without prejudice as stated on the record.

It is **ORDERED**:     Plaintiffs' Motion to Compel [38] is **GRANTED** consistent with the presentation made in court. Defendant shall undertake the obligations agreed upon during this hearing. Defendant shall provide a list of documents to be produced, if any, by March 29, 2013.

**Court in Recess: 11:12 a.m.**
Hearing concluded.

Total In-Court Time     01:05

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.